Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Cody M. Weston, OSB No. 984290
CWeston@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendants The Corporation of the President of the Church of Jesus Christ of Latter-day Saints and James Bean

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **RICHARD JOHNSON**, a pseudonym,<br><br>                Plaintiff,<br><br>        v.<br><br>**THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS,** a foreign corporation, **JAMES BEAN**, and **JOHN DOES 1-3**,<br><br>                Defendants. | Civil No. 3:13-CV-00336-AC<br><br>**STIPULATION OF DISMISSAL**<br><br>Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1-    STIPULATION OF DISMISSAL

76633-0006/LEGAL27787193.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and defendants The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors, James Bean, and John Does 1-3 ("Defendants"), hereby stipulate that plaintiff's claims against Defendants are dismissed with prejudice and without costs or attorneys' fees to any party.

DATED:  September 9, 2013

| | |
|---|---|
| s/ Randall Vogt | s/ Cody M. Weston |
| Randall Vogt, OSB 773813 | Stephen F. English, OSB No. 730843 |
| Vogt4me@comcast.net | SEnglish@perkinscoie.com |
| Barbara Long, OSB 122428 | Cody M. Weston, OSB No. 984290 |
| Blong.law@gmail.com | CWeston@perkinscoie.com |
| **Randall Vogt, P.C.** | **Perkins Coie LLP** |
| 1314 NW Irving St., Suite 207 | 1120 N.W. Couch Street, Tenth Floor |
| Portland, OR 97209 | Portland, OR 97209-4128 |
| Telephone: (503) 228-9858 | Telephone:  503.727.2000 |
| Facsimile: (503) 228-9860 | Facsimile:  503.727.2222 |
| | |
| Attorneys for Plaintiff Richard Johnson | Attorneys for Defendants The Corporation of the President of the Church of Jesus Christ of Latter-day Saints and Successors and James Bean |

2-   STIPULATION OF DISMISSAL

76633-0006/LEGAL27787193.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222